W. S. Jennings, Governor of the State of Florida, for the use of Escambia County, Florida, Plaintiff in Error, v. James R. Landrum, M. F. Gonzalez, W. J. Forbes and C. J. Oerting, Defendants in Error.

(In the Supreme Court of Florida, Division A. January Term, A. D. 1906.)

Escambia County.

Per Curiam.

The principles announced in the case of W. S. Jennings, Governor, &c., v. C. P. Bobe, *et al.,* this day affirmed are decisive of this case, and the judgment herein is affirmed.

———

E. E. Ropes, Plaintiff in Error, v. I. A. Stewart, Defendant in Error.

(Supreme Court of Florida, Division B, February 13, 1906.)

Writ of Error to Circuit Court, Volusia County; Minor S. Jones, Judge.

*E. E. Ropes,* in pro per.

*Egford Bly,* Attorney for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Judgment affirmed.

Decision Per Curiam.